IN THE MATTER OF THE APPLICATION OF WESTWOOD
CONSOLIDATED BOARD OF EDUCATION, TO FIX COM-
PENSATION TO BE PAID FOR PROPERTY OF CHALET
MANOR, *ETC*.

*Messrs Major & Major* for the petitioner.

*Mr. John J. Sullivan* and *Mr. John H. Jobes* for the
respondent.

July 8, 1968. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. RICHARD D. WARD, DEFENDANT-PETITIONER.

*Mr. Richard D. Ward in propria persona.*

*Mr. Joseph P. Lordi* and *Mrs. James R. Zazzali* for the
respondent.

July 8, 1968. Denied.